Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Paul T. Trimmer, Bar No. 9291
trimmerp@jacksonlewis.com
**JACKSON LEWIS LLP**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant
Rampart Casino*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DULCE HEIERLE,<br><br>Plaintiff,<br><br>v.<br><br>RAMPART CASINO, an Unknown Business Entity, The Promenade Cafe, an Unknown Business Entity, and DOES 1-50 and ROE BUSINESS ENTITITES, 1-20,<br><br>Defendants. | Case No. 10-cv-00371-GMN-VCF<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>**AND ORDER** |

Plaintiff, Dulce Heierle, and misnamed Defendant, Rampart Casino, by and through their respective counsel, hereby stipulate that Plaintiff's Complaint in the above-captioned matter is dismissed with prejudice.

////

////

////

////

////

JACKSON LEWIS LLP
LAS VEGAS

Each party shall bear her or its own respective attorneys' fees and costs.

Dated: November 8th, 2011                              Dated: November 14, 2011

RONALD A. COLQUITT, CHTD.                      JACKSON LEWIS LLP

_____                           _____
Michael N. Aisen                                                   Elayna J. Youchah
515 S. Third Street                                                Paul T. Trimmer
Las Vegas, Nevada 89101                                    3800 Howard Hughes Parkway
*Attorneys for Plaintiff*                                         Suite 600
                                                                              Las Vegas, Nevada 89169
                                                                              *Attorneys for Defendant*
                                                                              *Rampart Casino*

## ORDER

**IT IS SO ORDERED** this 14th day of November, 2011.

_____
Gloria M. Navarro
United States District Judge